UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SERVANDO TORRES HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement(ICE); JASON KNIGHT, Field Officer Director, ICE Salt Lake Field Office; KENNETH PORTER, Field Officer Director, ICE Boise Field Sub-Office; STEVE ANDERSON, Sheriff, Jefferson County, Idaho,<br><br>Respondents. | Case No. 1:25-cv-00615-BLW<br><br>**JUDGMENT** |

In accordance with this Court's November 19, 2025, Memorandum Decision and Order (Dkt. 15), granting Petitioner's Writ of Habeas Corpus (Dkt. 1) and ordering his immediate release, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in Petitioner's favor. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which

JUDGMENT - 1

Petitioner's eligibility for bond must be considered.  The Clerk is directed to close this case.

DATED: November 20, 2025

B. Lynn Winmill
U.S. District Court Judge